UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 04-100 (03)(RHK/AJB)

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )        PRELIMINARY
         v.                      )     ORDER OF FORFEITURE
                                 )
PATRICK IWAN,                    )
                                 )
            Defendant.           )

Based on the Plea Agreement entered into between the United States and Defendant Patrick Iwan; on the Court having determined, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, that a $1,170,000.00 personal money judgment forfeiture against Defendant Iwan is appropriate based on the facts of this case as set forth in the Plea Agreement and at the plea hearing; and on all the files and records herein,

IT IS HEREBY ORDERED that:

1.   a personal money judgment forfeiture in the amount of $1,170,000.00 is entered against Defendant Iwan;

2.   the United States may, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, conduct depositions and serve written discovery in accordance with the Federal Rules of Civil Procedure in order to identify and locate assets of Defendant Iwan to satisfy the personal money judgment forfeiture entered against him; and

3.   the United States may, pursuant to Rule 32.2(e)(1)(B)

of the Federal Rules of Criminal Procedure, seek an amended Preliminary Order of Forfeiture at any time to include property that qualifies as a substitute asset for the personal money judgment forfeiture, in accordance with Title 18, United States Code, Section 1963(m).


Dated: 9/22/05                          s/Richard H. Kyle

                                   RICHARD H. KYLE, Judge
                                   United States District Court