```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
              Criminal No. 04-100 (03) (RHK/AJB)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | ORDER |
| ) | |
| PATRICK IWAN, ) | |
| ) | |
| DEFENDANT. ) | |

WHEREAS, on September 22, 2005, this Court entered a Preliminary Order of Forfeiture which included a money judgment forfeiture in the amount of $1,170,000.00; and

WHEREAS, Defendant Iwan was sentenced on October 12, 2005, but no mention was made of the criminal forfeiture in the written Judgment that was also entered on October 12, 2005; and

WHEREAS, Fed. R. Crim. P. 36 provides this Court with authority to correct a clerical error in a previously entered judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED that the criminal judgment in this action shall be amended to include as part of Defendant Iwan's sentence a money judgment forfeiture in the amount of $1,170,000.00.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 11/4/05                    s/Richard H. Kyle
                                  RICHARD H. KYLE, Judge
                                  United States District Court